```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 07 B 04664
   JUAN ANTONIO TORRES
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
          Debtor
   SSN XXX-XX-7745


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 03/16/2007 and was confirmed 05/24/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 12/20/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------
AMC MORTGAGE SERVICES    CURRENT MORTG           .00           .00             .00
AMC MORTGAGE SERVICES    MORTGAGE ARRE       1200.78           .00         1200.78
PRONTO PRESTAMO          SECURED VEHIC       3331.00           .00          622.28
AMC MORTGAGE             NOTICE ONLY     NOT FILED             .00             .00
HITCHCOCK AND ASSOCIATES PRIORITY        NOT FILED             .00             .00
AFNI INC                 UNSEC W/INTER   NOT FILED             .00             .00
AMERICAN GENERAL FINANCE UNSEC W/INTER   NOT FILED             .00             .00
BUREAU OF COLLECTION REC NOTICE ONLY     NOT FILED             .00             .00
ECAST SETTLEMENT CORP    UNSEC W/INTER        808.75           .00             .00
JEFFERSON CAPITAL SYSTEM UNSEC W/INTER       8258.14           .00             .00
NICOR GAS                UNSEC W/INTER        633.88           .00             .00
PORTFOLIO RECOVERY ASSOC UNSEC W/INTER        880.85           .00             .00
LVNV FUNDING LLC         UNSEC W/INTER       2216.74           .00             .00
JUANA TORRES             NOTICE ONLY     NOT FILED             .00             .00
THOMAS R HITCHCOCK       DEBTOR ATTY        1,964.50                       1,964.50
TOM VAUGHN               TRUSTEE                                             262.44
DEBTOR REFUND            REFUND                                                 .00

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                    4,050.00

PRIORITY                                         .00
SECURED                                     1,823.06
UNSECURED                                        .00
ADMINISTRATIVE                              1,964.50
TRUSTEE COMPENSATION                          262.44
DEBTOR REFUND                                    .00
                       --------------    --------------
TOTALS                     4,050.00         4,050.00

               PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 07 B 04664 JUAN ANTONIO TORRES
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/27/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |

PAGE   2
CASE NO. 07 B 04664 JUAN ANTONIO TORRES